# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHARD B. LAY

VERSUS

DONNIE BORDELON, ET AL

NO.   2025 CW 0886

**DECEMBER 11, 2025**

---

In Re:   Richard B. Lay, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 83492.

---

**BEFORE:   THERIOT, BALFOUR, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.**   The claims asserted by plaintiff herein are subject to the provisions of La. R.S. 15:1171(B) and were incorrectly filed in the Eighteenth Judicial District Court. While titled a motion to enforce, the nature of that motion is a petition for judicial review following the exhaustion of administrative remedies, and it should have been filed in the Nineteenth Judicial District Court.   La. R.S. 15:1177(A).   The district court's September 11, 2025 order denying the motion to enforce and the June 9, 2025 pauper order are vacated.   The district court is ordered to transfer the motion to enforce to the Nineteenth Judicial District Court to be considered as a petition for judicial review.   See La. R.S. 15:1177(A) and La. R.S. 15:1184(B).

MRT
KEB
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT